

> **MEMO ENDORSED**
>
> The case management conference scheduled for July 30, 2025 at 11:00 a.m. is adjourned.
>
> SO ORDERED.
>
> Edgardo Ramos, U.S.D.J.
> Dated: July 22, 2025
> New York, New York

July 22, 2025

**VIA ELECTRONIC CASE FILING**
Honorable Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Street, Courtroom 619
New York, New York 10007

      Re:    **Dimitrias Singleton v. Port Authority Trans-Hudson Corporation**
             Civil Action No.: 1:24-cv-8242-ER

Dear Judge Ramos:

This office represents defendant, Port Authority Trans-Hudson Corporation, in the above-referenced action.

Please allow this letter motion as a request to adjourn the scheduled case management conference scheduled before Your Honor on July 30, 2025 at 11:00 a.m. This is the first request for an adjournment of this conference.

The reason for this request is that I have a scheduled vacation for the entire week of July 28-August 1. I have spoken to my adversary, Philip Vogt, and he consents to the instant request.

Finally, as the parties have completed fact and expert discovery, the parties respectfully request that this matter be referred to Judge Aaron for a settlement conference in the near future.

Respectfully submitted,

Thomas Brophy, Esq.
Litigation
(212) 435-3492

cc:    Philip P. Vogt, Esq.
        Attorneys for Plaintiff
        (via ECF)

4 World Trade Center  |  150 Greenwich Street, 24th Floor  |  New York, NY 10007  |  T: 212-435-3493  |  F: 212-435-3832  |  tbrophy@panynj.gov