**MEMO ENDORSED**

## Law Office of
# Philip P. Vogt, PLLC
Attorneys At Law
5 Penn Plaza, 23rd Floor
New York, NY 10001
212-835-1640
Fax No. 347-493-3529
http://www.PVogtlaw.com

The request is granted. The deadline to file the Joint Pre-Trial Order is September 25, 2025. SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: August 19, 2025
New York, New York

PHILIP P. VOGT
ELIZABETH CHIATTO ZYMBERI ✦
PHILIP J. VOGT
✦Also Member of NJ Bar

JOSEPH P. ALTIER, Retired

August 19, 2025

Honorable Edgardo Ramos
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

**Re:** **D. Singleton v. Port Authority Trans-Hudson**
**Corporation**
**24-CV-08242 (ER)**

Dear Honorable Ramos:

With reference to the above matter, please be advised that this office represents the plaintiff, Dimitrias Singleton.

Please accept this letter on behalf of all parties in this action requesting an extension of the deadline to file the Joint Pre-Trial Order which is currently August 28, 2025.

The reason for this request is that a Settlement Conference is scheduled to take place on September 11, 2025, at 10:00 a.m. before Magistrate Judge Stewart D. Aaron. The parties are hopeful that the matter will be resolved at that time. In the event that this matter is not resolved at that time the parties request permission to file the Joint Pre-Trial Order within two weeks following the Settlement Conference, on or before September 25, 2025.

This application is made with the permission and consent of counsel for defendant.

Thank you for your consideration in this matter.

Respectfully submitted:

*Philip P. Vogt*

Philip P. Vogt, Esq.
Attorney for Plaintiff

PPV/ecz

cc:    Thomas A. Brophy, Esq.
Attorney for Defendant